IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIM THELUSMA,

    Plaintiff,

v.

SAFEWAY STORES INC.,

    Defendant.
                                   /

No. C 05-04097 WHA

**ORDER RE SETTLEMENT DURING ADR SESSION**

      The Court is in receipt of the certification of ADR session filed on March 29, 2006 indicating that the parties have fully settled this action. The parties are requested to file a stipulated dismissal of this action by no later than **APRIL 7, 2006** so that the Court may close the file.

      **IT IS SO ORDERED.**

Dated: March 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE